IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KORINA COMSTOCK, | ) | |
| | ) | |
| *Plaintiff*, | ) | CASE NO.: 3:21-cv-01669-JJH |
| | ) | |
| v. | ) | JUDGE JEFFREY L. HELMICK |
| | ) | |
| KENTON NURSING & | ) | |
| REHABILITATION CENTER, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## STIPULATED DISMISSAL OF THE PARTIES

Plaintiff, Korina Comstock, and Defendant, Kenton Nursing & Rehabilitation Center, LLC, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this lawsuit be dismissed, <u>with prejudice</u>, with each party to bear its own costs. The parties stipulate and request that the Court retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

**The Spitz Law Firm, LLC**

*/s/ Trisha Breedlove (per e-mail consent December 28, 2022)*
Trisha Breedlove (#0095852)
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: trisha.breedlove@spitzlawfirm.com

*Counsel for Plaintiff Korina Comstock*

4894-1254-6630, v. 1

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Vincent J. Tersigni*
Vincent J. Tersigni (#0040222)
Richard L. Hilbrich (#0092143)
6100 Oak Tree Blvd., Suite 400
Cleveland, Ohio 44131
Tel: (216) 750-0404
Fax: (216) 750-0826
Email: Vincent.Tersigni@jacksonlewis.com
Richard.Hilbrich@jacksonlewis.com

*Counsel for Defendant Kenton Nursing & Rehabilitation Center, LLC.*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge